BEFORE THE SECOND DIVISION, NOVEMBER 22, 1967

No. P67/410.—Victor England Agencies, S.F., et al. v. United States, protests 61/2419, etc. (Los Angeles).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England*

*Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.